FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 1 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-01068 BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

CAROLE E. JENKINS, also known as
CAROLE JENKINS BOLLINGER, also known as
CAROLE JENKINS, and [on behalf of]
STEVEN N. BOLLINGER, Deceased,

    Plaintiff,

v.

STEPHEN PATRICK, Judge 7th Judicial District,
MONTROSE COUNTY COLORADO STATE COURT GUARDIANSHIP,
UNKNOWN OFFICER MANAGER,
SHIRLS KAISER, Guardian,
CHERYL ISREAL, Temporary Guardian,
GREG MOXLEY, Montrose County Attorney,
SHEA KOPP, Court-Appointed Attorney,
JACK MCKENNA, CPA Conservator,
UNKNOWN COURT-APPOINTED WITNESS, and
UNKNOWN MAGISTRATE JUDGE,

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff, Carole E. Jenkins, also known as Carole Jenkins Bollinger and as Carole Jenkins, has submitted *pro se* a complaint on her behalf and on behalf of her deceased husband, Steven N. Bollinger. The caption to this order has been corrected to reflect Ms. Jenkins' aliases. Pursuant to Rule 17 of the Federal Rules of Civil Procedure, Ms. Jenkins, as personal representative for her deceased husband, may

proceed in her own name.

As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if she wishes to pursue her claims. Any papers which the plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
- (1) XX   is not submitted
- (2) ___  is not on proper form (must use the court's current form)
- (3) ___  is missing original signature by each plaintiff
- (4) ___  is missing affidavit
- (5) ___  affidavit is incomplete
- (6) ___  affidavit is not notarized or is not properly notarized
- (7) ___  names in caption do not match names in caption of complaint, petition or application
- (8) ___  An original and a copy have not been received by the court. Only an original has been received.
- (9) ___  other_____

**Complaint or Petition:**
- (10) ___  is not submitted
- (11) ___  is not on proper form (must use the court's current form)
- (12) ___  is missing an original signature by each plaintiff in each case
- (13) ___  is incomplete
- (14) ___  uses et al. instead of listing all parties in caption
- (15) ___  An original and a copy have not been received by the court. Only an original has been received.
- (16) ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
- (17) XX   names in caption do not match names in text
- (18) XX   other Ms. Jenkins fails to provide an address for each named defendant

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the plaintiff, together with a copy of this order, two copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that, if the plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 19th day of May, 2008.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '08-CV-01068

Carole E. Jenkins
PO Box 1522
Grand Junction, CO 81502

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and the Complaint form** to the above-named individuals on   5/21/08

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk